**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| V. | :<br>:<br>:<br>:<br>:      Civil Action<br>     No: _____ |

DISCLOSURE STATEMENT FORM

Please check one box:

❏     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏     The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

*Anthony W. Hinkle*

_____      _____
Date                                                         Signature

Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)     WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
           (1)     identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or

           (2)     states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
           (1)     file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
           (2)     promptly file a supplemental statement if any required information changes.